GAIL SHIFMAN, State Bar No. 147334
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
Alomkone Soundara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALOMKONE SOUNDARA,<br><br>         Defendant.<br>_____ | Case No.:  CR 14-0627 SI-LB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF PRETRIAL RELEASE** |

The parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant, Alomkone Soundara, shall be permitted to travel to Edgewood, New Mexico from August 24, 2016 - August 29, 2016.

2. Defendant shall provide his travel itinerary to Pretrial Services, who has no objection to this modification to his conditions of pretrial release, prior to his travel.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                              1

3. All other conditions shall remain the same.

Dated: August 9, 2016

/s/ Gail Shifman

_____
GAIL SHIFMAN
Attorney for Defendant

Dated: August 9, 2016

/s/ Robert Rees

_____
ROBERT REES
Assistant U.S. Attorney

## [PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant, Alomkone Soundara, shall be permitted to travel to Edgewood, New Mexico from August 24, 2016 - August 29, 2016.
2. Defendant shall provide his travel itinerary to Pretrial Services prior to his travel.
3. All other conditions shall remain the same.

Dated: August  10 , 2016

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                    2